IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEFFREY CUNNINGHAM,            Case No. 3:11-cv-401

    Plaintiff,

                                                 Judge Timothy S. Black

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant .

### ORDER VACATING THE REFERENCE OF THIS CASE TO THE MAGISTRATE JUDGE

The reference of this case to the Magistrate Judge is hereby vacated.

**IT IS SO ORDERED.**

Date:   6/19/12

                                                    Timothy S. Black
                                                    United States District Judge