UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**JEFFREY CUNNINGHAM,**

   Plaintiff,

**-vs-**

**CASE NO. 3:11-CV-401**

**Judge Timothy S. Black**

**COMMISSIONER OF SOCIAL SECURITY,**

   Defendant.

_____

**JUDGMENT IN A CIVIL CASE**
_____

**[ ]**    **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

**[X]**    **Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED** that ALJ's Non-Disability Finding is **FOUND SUPPORTED BY SUBSTANTIAL EVIDENCE,** and **AFFIRMED**; and that the case is **CLOSED** from the docket of the Court.

Date: September 11, 2012                       **JOHN P. HEHMAN, CLERK**

                                                                By: *s/ M. Rogers*
                                                                Deputy Clerk